ELI H. BISHOP, Appellant, *v.* SMITH N. DECKER et al., Respondents.

*Bishop* v. *Decker*, 166 App. Div. 890, affirmed.
(Argued May 18, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1914, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term. This action was brought to recover an abatement in the contract price of a tract of land upon the exchange by the plaintiff of a flat owned by him for this tract and another piece of Long Island acreage owned by the defendants. The action is framed upon the theory of legal remedy affording a party a reformation of a contract and conveyance of real property made under a mutual mistake as to the quantity conveyed and granting an abatement of the contract price for a deficiency. Under the contract of sale the tract of land in question was to contain forty-five acres, more or less. It actually contained twenty-five and thirty-six one-hundredths acres. The defense was that the contract provided for a trade in bulk.

*Charles J. Ryan* for appellant.

*William S. Pettit* and *Charles C. Bunker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.